FILED IN CHAMBERS
U.S.D.C. - Atlanta
APR 19 2017
James N. Hatten, Clerk
By: McCurry, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN EVANS,

    Plaintiff

v.

AHMAD HOLT and MRS. BILLINGS,

    Defendants

CIVIL ACTION FILE NO.
1:17-CV-267-ODE-JSA

## ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed March 21, 2017 [Doc. 4] ("R&R"). No objections have been filed.

In the R&R, Judge Anand recommends that Plaintiff's motion to dismiss the case be granted and that the action be dismissed.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Plaintiff's Motion to Dismiss [Doc. 3] is GRANTED and this action is DISMISSED.

SO ORDERED, this 18 day of April, 2017.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE